**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

| |
|---|
| United States of America, |
| |
| Plaintiff, |
| v. |
| |
| Kenneth R. Martin, |
| |
| Defendant, |
| |
| AmeriCU Credit Union, |
| |
| Garnishee. |

Case Number.: 5:26-CR-417 (BKS/CBF)

**STIPULATED AGREEMENT AND ORDER**

IT IS HEREBY STIPULATED AND AGREED between the United States of America, by and through its counsel, Assistant United States Attorney Jeffrey D. Brown, and the Defendant, Kenneth R. Martin, by and through his Power of Attorney's, Adrianna Reed and Joshua Martin (collectively referred to herein as "the Parties"), that:

1. On February 9, 2026, the United States obtained a judgment in the amount of $72,100.00 against the Defendant for restitution and a special assessment ordered by the Court. *See* Criminal No. 5:24-CR-489, Dkt. No. 69.

2. As of March 27, 2026, the outstanding balance on the debt was $72,100.00.

3. On March 17, 2026, the United States of America filed a Writ of Continuing Garnishment against any all property held by the Garnishee, AmeriCU Credit Union, thereby restricting all accounts in the Defendant's name that are in possession, custody, or control of AmeriCU Credit Union.

4. On March 25, 2026, AmeriCU Credit Union filed an answer in which it states that it is in possession of a Prime Share Savings account, with a balance of $12,433.17, and a Checking account, with a balance of $22,506.21, solely in the name of the Defendant.

5. The Defendant, through his Power of Attorneys, agrees to waive service of an Application for a Writ of Continuing Garnishment made pursuant to Title 28, United States Code, Section 3205 of the Federal Debt Collection Procedures Act, as to accounts held by him at AmeriCU Credit Union ("the Garnishee"). 28 U.S.C. § 3205(c)(3).

6. The Defendant, through his Power of Attorneys, further agrees to waive his right to a hearing under Section 3205 the Federal Debt Collection Procedures Act, and waives any other process to which Defendant may be entitled under the Act.

7. The Defendant, through his Power of Attorneys, agrees that the United States shall garnish the full value of the Prime Share Savings account xxxx6052-02 with a balance of $12,433.17. The Defendant further agrees to have $17,566.83 garnished from his Checking account xxxx6052-10, for a total garnished sum of $30,000.00. The Defendant additionally agrees the funds from this garnishment shall be forwarded to the Clerk for U.S. District Court for the Northern District of New York for application to the amount due and owing on the judgment issued in Criminal No. 5:24-CR-489.

8. The United States agrees that after deducting the above referenced $30,000.00, the Garnishee is authorized to release the remaining value of any and all property in the possession of the Garnishee to the Defendant through his Power of Attorneys.

THEREFORE, the Parties agree that, upon approval of this agreement by the Court, that the Garnishee shall garnish the full value of the Prime Share Savings account xxxx6052-02 with a balance of $12,433.17. The Garnishee is further directed to garnish $17,566.83 from Checking account xxxx6052-10, for a total garnished sum of $30,000.00. The proceeds shall be made payable to the Clerk of Court, Clerk, U.S. District Court, Federal Bldg., 100 S. Clinton Street, P.O. Box 7367, Syracuse, New York 13261-7367. The Garnishee is further directed to release the

Page **2** of **3**

remaining value of any and all property in the possession of the Garnishee after deducting the above-mentioned $30,000.00.

The undersigned Parties jointly submit this stipulation to the United States District Court for the Northern District of New York and consent to its entry as a Court order.

Dated: 4/1/2026

TODD BLANCHE
Deputy Attorney General

JOHN A. SARCONE III
First Assistant United States Attorney

By:

Jeffrey D. Brown
Assistant United States Attorney
Bar Roll No. 707241

Dated: 3/31/2026

Adrianna Reed, as Power of Attorney for
Defendant, Kenneth Martin

Dated: 3/31/26

Joshua Martin, as Power of Attorney for
Defendant, Kenneth Martin

IT IS SO ORDERED.

Dated and entered this  6th  day of    April    , 2026

Hon. Brenda K. Sannes
Chief United States District Judge